IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| SHANNON McSHANE, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 170260G |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

Defendant in its Answer agreed to reverse the Notice of Proposed Refund Adjustment

from which Plaintiff appealed.  Defendant's Answer stated that its agreement was based on

additional information provided by Plaintiff with her Complaint.  Because Defendant agreed to

provide the substantive relief requested in the Complaint, this case is ready for decision.  Now,

therefore,

IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of

Proposed Refund Adjustment, dated July 3, 2017.

Dated this _____ day of September, 2017.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by* _mailing_ *to: 1163 State Street, Salem, OR 97301-2563; or by* _hand delivery_ *to: Fourth Floor, 1241 State Street, Salem, OR. Your complaint must be submitted within* _60_ *days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

---

[1] This Final Decision incorporates without change the court's Decision, entered August 9, 2017.  Plaintiff submitted a request for costs on August 17, 2017, that did not show service on Defendant.  The court issued an order requiring Plaintiff to provide evidence that she had served her costs request on Defendant no later than September 1, 2017.  Because Plaintiff did not provide that evidence, the court does not consider Plaintiff's *ex parte* request for costs.

*This document was signed by Magistrate Lundgren and entered on September 6, 2017.*

FINAL DECISION  TC-MD 170260G                                                                              1